JORGE NAVARRETE
ASSISTANT CLERK/ADMINISTRATOR

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR



EARL WARREN BUILD
350 McALLISTER STR
SAN FRANCISCO, CA 9
(415) 865-7000

### Supreme Court of California

FRANK A. McGUIRE
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

November 18, 2013

William Henshall
P.O. Box 281676
San Francisco, CA  94128-1676

    Re:   Petition

Dear Mr. Henshall:

    Returned unfiled is your petition for writ of habeas corpus and letters.  The question raised by the petition are beyond the jurisdiction of the California courts as they appear to raise Federal issues.

    Very truly yours,

    FRANK A. McGUIRE
    Court Administrator and
    Clerk of the Supreme Court

    By: J.L. Casados,
    Supervising Deputy Clerk

Enclosures

*SUSPENSION OF HABEAS CORPUS*

*CLOSURE OF COURTS !!!*

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-307-4790

Frank A. McGuire
Clerk of Court
CALIFORNIA supreme court                          11-25-13

Thank you for the recent return, *unfiled*, of my Petition for Redress of Grievance in the form of a *NON*-statutory Writ of Habeas Corpus addressed to the court in a capacity of exercising *concurrent* jurisdiction of a *federal Circuit Court*, courtesy of Supervising Deputy Clerk J. L. Casados.

And the admission that "the petition presents questions which are beyond the jurisdiction of California courts as they appear to present federal questions" has verified the accuracy of many of my contentions, including:

1.  That the Writ of Habeas Corpus has been suspended, *perhaps in perpetuity*, and *WITHOUT* there being any *known* state of rebellion or invasion which *might* justify even a *temporary* suspension (the *obvious* conclusion); -- and by necessary inference:

2.  That there are *NO* constitutional and/or judicial Courts in CALIFORNIA;

3.  That CALIFORNIA is not only *NOT* a State admitted into "*this Union*" (*Article IV, Section 3* of the *Constitution for the united States {1787-1791}*, it has somehow been *UN*-admitted, albeit *WITHOUT* any *known* constitutional authority, and relegated to the status of a *federal (insular ?) territorial possession*;

4.  And with key officers of the *territorial* government *NOT* having been appointed by the President, as *required* by the 'appointments 'clause', *Article II, Section 2, Paragraph 2*, there is *NO* lawful de jure California government anywhere in sight;

5.    That without any constitutional/judicial Courts, there is *NO* judicial process which can be invoked, which makes *each and every* CALIFORNIA 'law', regulation, etc. *at least* a Bill of Attainder and a plain violation of at least *Article I, Section 9 or 10*, as the case may be, of the *Constitution for the united States {1787-1791}* and/or *Article I, Section 16* of the *California Constitution (1849).*

While I would have preferred, and indeed was entitled to, an order of the court dismissing the action, likely in fine 12(b)(6) form as befits the *disfavored* class of pesky pro per litigants /aka/ the sovereign body politic of California and of the Nation & Republic, I understand all too well the perplexing position that such an action would have presented.

Accordingly, I also understand why Tani, et al, chose, as it were, *NOT* to set the *public* record with disclosures of this type, notwithstanding the *fact* that at least lawful de jure State Citizens have the *right* to invoke the *judicial* power of the united States and/or of one of the Several States (*Cohens v Virginia 19 US 264*).

What remains is the question of in what *judicial* forum the *concurrent* jurisdiction of a *federal Circuit Court*, a jurisdiction which has existed in State Courts for *225* (!) years, *can* be invoked and substantive relief, and *actual* (!) justice be obtained.

Your *prompt* attention to this matter is solicited and appreciated. Address all correspondence to me at my address *exactly* as it appears herein.


Constitutionally,



William Henshall

© *WH@281676*

**STATE CAPITOL**
P.O. BOX 942849
SACRAMENTO, CA 94249-0022
(916) 319-2022
FAX (916) 319-2122

**DISTRICT OFFICE**
1528 S. EL CAMINO REAL, SUITE 302
SAN MATEO, CA 94402
(650) 349-2200
FAX (650) 341-4876

# Assembly
## California Legislature



**KEVIN MULLIN**
ASSISTANT SPEAKER PRO TEMPORE
ASSEMBLYMEMBER, TWENTY-SECOND DISTRICT

**COMMITTEES**
BUDGET
BUSINESS, PROFESSIONS AND
    CONSUMER PROTECTION
LOCAL GOVERNMENT
PUBLIC EMPLOYEES, RETIREMENT
    AND SOCIAL SECURITY
REVENUE AND TAXATION

**SUBCOMMITTEES**
BUDGET SUBCOMMITTEE #4 ON
    STATE ADMINISTRATION

**SELECT COMMITTEES**
CHAIR: BIOTECHNOLOGY
COMMUNITY COLLEGES
ASIA/CALIFORNIA TRADE AND
    INVESTMENT PROMOTION

WORKFORCE INVESTMENT BOARD

April 21, 2014

Mr. William Henshall
P. O. Box 281676
San Francisco, CA 94128-1676

Dear Mr. Henshall,

Thank you for visiting my office on March 19, 2014 and on April 8, 2014, and for mailing correspondence to me in between.

I read your letter dated March 19, 2014, in which you ask that I submit your Petition for Redress of Grievance on the floor of the Assembly, and the subsequent correspondence. After reviewing your request and the background documents you provided, I have concluded that I am unable to present your Petition. As was communicated by Frank A. McGuire, Court Administrator and Clerk of the Supreme Court of California, in a letter to you dated November 18, 2013, the question you raise appears to relate to Federal issues and is beyond the jurisdiction of the California Courts and California Assembly.

Sincerely,

KEVIN MULLIN
Assemblymember, 22nd District

KM:rr

 Gmail

# E: Public Records Act Request



**icretary of State, Constituent Affairs** <constituentaffairs@sos.ca.gov>          Fri, Dec 15, 2017 at 5:28 PM
: "abereki@gmail.com" <abereki@gmail.com>

Dear Mr. Bereki:

In response to your recent request, the Secretary of State's office extended the time within which to respond to
the request by 14 days, pursuant to Government Code section 6253(c) of the California Public Records
Act.

We have located the following oaths of office for individuals listed in part 1 of your request:

1. Justice Kathleen E. O'Leary – 1/5/15

2. Justice William W. Bedsworth – 1/15/87, 10/16/72, 4/15/97

3. Justice Eileen C. Moore – 7/13/05, 1/6/03, 12/22/00, 1/6/97, 1/7/91, 5/19/89

4. Justice Richard M. Aronson – 3/15/96, 1/6/03, 11/21/01, 1/5/15

5. Justice Richard D. Fybel – 2/8/02, 1/6/03, 1/5/15

6. Justice Raymond J. Ikola – 1/20/03, 12/15/06

7. Justice David A. Thompson – 11/30/83, 5/15/97, 8/10/98, 1/8/07, 1/28/12, 1/5/15

8. Judge David R. Chaffee – 1/8/97, 1/18/94, 1/3/11

9. CSLB Board Member Marlo Richardson – 6/23/16

10. CSLB Board Member Johnny Simpson – 7/17/15

11. CSLB Board Member Linda Clifford – 6/6/14

12. CSLB Board Member Agustin Beltran – 5/23/02

13. CSLB Board Member David Dias – 6/20/16, 4/9/11, 6/21/12, 5/21/13

14. CSLB Board Member David De La Torre – 9/26/16

15. CSLB Board Member Susan Granzella – 6/23/16

- RE: Public Records Act Request

45. Hon. Scott M. Gordon – 11/19/12, 4/5/16

46. Hon. Patricia M. Lucas – 12/6/10, 12/2/16

47. Hon. Stuart M. Rice – 12/10/08, 12/3/14

48. Michael M. Roddy – 1/17/06, 6/22/06, 8/19/09

49. Marsha G. Slough – 2/22/16, 9/10/14, 8/20/15, 11/27/12


Total – 131 pages


We have no documents responsive to your request for bonds, and we have no documents responsive to part 4 of your request. With regard to part 2 of your request, the California Constitution includes processes for revisions and amendments. The California Constitution of 1849 was not repealed; therefore, we have no documents responsive to part 2 of your request.

California law, including the California Public Records Act, permits the Secretary of State to charge a fee for providing copies of its records. The fee for each of these single-page oaths of office is $1.00 and certification is an additional $5.00 per document. The total cost of the 140 pages of oaths is $131.00 for plain copies or $786.00 for certified copies.

The fee for copied documents from the Archives is $0.25 per page, with certification an additional $5.00 per document. For the California Constitution, the copy charges would be as follows:

1849 California Constitution

- English version: 19 pages x $0.25 per page = $4.75 + $5.00 certification fee = TOTAL $9.75
- Spanish version: 40 pages x $0.25 per page = $10.00 + $5.00 certification fee = TOTAL $15.00

1879 California Constitution

- 69 pages x $0.25 per page = $17.25 + $5.00 certification fee = TOTAL $22.25

If you would like to receive copies of any of these responsive documents, please indicate specifically which documents you would like to receive when sending a check made payable to the Secretary of State for the copying (and certification, if applicable) fees, to the following address:

Secretary of State
Attn: Constituent Affairs