Linda Rovai
205 Ramona Street
San Mateo, California
650-296-6099/Linda.a.rovai@Gmail.com
*Petitioner in Propria Persona Sui Juris*

## United States District Court

### Northern District of California

| | |
|---|---|
| In re united States ) | |
| ) | |
| ex rel Linda Rovai ) | Case No. _____ |
| ) | |
| Petitioner ) | Petition for *Non*-statutory |
| ) | |
| By   William Henshall ) | Removal/ *Non*-statutory |
| *Private Attorney General* ) | |
| *Section 35 of the Judiciary* ) | *Federal* Writ of Habeas Corpus |
| *Act of 1789* ) | |
| ) | Supplemental Points and |
| ) | |
| vs ) | Authorities in support of |
| ) | |
| ) | Petition for Removal |
| SALVADOR GARCIA JR. ) | |
| ) | |
| Respondent ) | |
| ) | |
| ) | |
| ) | |
| _____) | |

_____
Linda Rovai


_____
William Henshall